UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLEN CHUKWUHDI, AKA ALLEN C. DAWSON.,

Plaintiff,

-against-

THE UNITED STATES POSTAL SERVICE; ONEIDA ARROYO – MANHATTANVILLE SUPERVISOR MORALES – MANHATTANVILLE MANAGER; GABRIEL PEREZ – CUSTOMER SERVICE REPRESENTATIVE; (1) YET UNIDENTIFIED POSTAL EMPLOYEE; AMERICAN POSTAL WORKERS UNION.,

Defendants.

26 CIVIL 01439 (LTS)

# CIVIL JUDGMENT

For the reasons stated in the June 22, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 4, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge